UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| MALACHI KELLEY,<br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>STANZEL, INC., et al.,<br><br>Defendants. | Civil Action No. 6:22-CV-054-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [R. 5] of each of plaintiff's claims against all parties in this matter, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 31st day of March, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY